NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TROY J. WILLIAMS,                          )
                                           )
      Appellant,                      )
                                           )
v.                                         )    Case No.  2D17-2721
                                           )
STATE OF FLORIDA,                          )
                                           )
      Appellee.                       )
_____)

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

PER CURIAM.

      Affirmed.

LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.